74 So.2d 712

### Mildred DAVIS

v.

### LEVIE & BAINS ELECTRIC CO.
### 8 Div. 737.

Supreme Court of Alabama.

June 30, 1954.

Rehearing Denied Oct. 7, 1954.

Maurice F. Bishop, Birmingham, and John A. Bostwick, Jr., Guntersville, for appellant.

Lange, Simpson, Robinson & Somerville, Birmingham, for appellee.

PER CURIAM.

The judgment of the circuit court is reversed and the cause is remanded on the authority of Davis v. Evans, ante, p. 549, 74 So.2d 705.

Reversed and remanded.

LIVINGSTON, C. J., and SIMPSON, STAKELY, MERRILL and CLAYTON, JJ., concur.

LAWSON and GOODWYN, JJ., dissent.